PARK & POLLARD COMPANY, INC., et al., Respondents, *v.* MINNIE
DE HART, Appellant, et al., Defendants, and AMERICAN FEDERA-
TION OF GRAIN MILLERS, LOCAL No. 110, Respondent.

Argued March 7, 1951; decided April 12, 1951.

*Daniel K. Boone* for appellant.

*J. Edmund Kelly* for plaintiffs-respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.